UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CRIMINAL ACTION NO. |
| DONALD THOMAS, | 1:13-CR-0241-1-CAP |
| Defendant. | |

## O R D E R

This action is before the court on the report and recommendation ("R&R") of the magistrate judge [Doc. No. 38], which recommends the denial of the defendant's (1) motion to suppress evidence and statements; (2) request for bill of particulars; (3) particularized motion for disclosure of exculpatory and impeaching information and certain *Jenks* material; and (4) motion for pretrial disclosure of government witnesses and exhibit list.  In the order for service of the R&R, the parties were ordered, in the event objections were filed, to "specify with particularity the alleged error or errors made (including reference by page number to the transcript if applicable)" [Doc. No. 39 at 2]. The defendant has filed a document entitled "Objections to Magistrate's Report and Recommendation" [Doc. No. 44].  However, there are no

particularized objections contained therein; the document simply "incorporates by reference" his original motions.

A district judge "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b) (1)(C). The district judge must "give fresh consideration to those issues to which specific objection has been made by a party." *Jeffrey S. v. State Bd. of Educ. of Ga.*, 896 F.2d 507, 512 (11th Cir. 1990). Those portions of an R&R to which an objection is not asserted are reviewed for plain error. *United States v. Slay*, 714 F.2d 1093, 1095 (11th Cir.1983).

The Eleventh Circuit has held that a party wishing to preserve his objection to an R&R must clearly advise the district court and pinpoint the specific findings that the party disagrees with. *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009). Even though timely objections to a report and recommendation entitle the objecting party to de novo review of the findings, "the district court should be spared the chore of traversing ground already plowed by the Magistrate." *Gonzalez–Ramos v. Empresas Berrios, Inc.*, 360 F.Supp.2d 373, 376 (D.P.R. 2005). The party's objections must be grounded "in fact . . . and warranted by existing law or a good faith argument

2

for the extension" rather than a reiteration of arguments already considered and rejected by the Magistrate Judge. *Id.*

Because the defendant merely incorporated his prior motions by reference rather than precisely specifying his objections, the court has reviewed the R&R for plain error and finds none. Accordingly, the R&R is ADOPTED as the order and opinion of this court.

**SO ORDERED** this 4th day of June, 2014.

/s/ Charles A. Pannell, Jr.
CHARLES A. PANNELL, JR.
United States District Judge
