IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

DONALD THOMAS

Criminal Action No.

1:13-CR-241 (CAP)

**Proposed Voir Dire Questions**

The United States of America, by Sally Quillian Yates, United States Attorney,
and Shanya J. Dingle and G. Scott Hulsey, Assistant United States Attorneys for
the Northern District of Georgia, and provides this list of proposed voir dire
questions for use in selecting the jury for the trial of this matter:

1. **INDIVIDUAL QUESTIONS**

   **A. Background**

   1. What is your name?

   2. Where do you live?

      a. How long have you lived there?

      b. If less than 5 years, where did you live before that?

   3. How are you currently employed?

      a. How long have you been so employed?

      b. What was your previous employment?

      c. What is your educational background?

4. What is your marital status?

    a. What is your spouse's occupation?

    b. If your spouse is a homemaker, has he/she ever been employed outside the home?

5. Do you have children?  Please state each child's gender, age and employment, if any.

6. Have you ever served in the military?

7. Do you belong to any social, civic, religious, political, or professional organizations? If so, briefly describe the nature of the organization.

8. Do you hold or have you held any office in the organization?

**2. GENERAL QUESTIONS**

**A. The Court, Parties, Other Witnesses and Other Jurors**

9. Are any of you acquainted, either professionally or socially, with:

    a. The Honorable Charles A. Pannell Jr.?

    b. Defendant Donald Thomas?

    c. Mr. Thomas' wife, Mary Derheimer?

    d. Janice Singer-Capek, the attorney for Mr. Thomas?

10. Assistant United States Attorneys G. Scott Hulsey and Shanya Dingle are trying this case on behalf of the United States.

11. Do any of you know Mr. Hulsey, Ms. Dingle, the United States Attorney for this district, Sally Quillian Yates, or anyone else who works in the United States Attorney's Office?

12. Seated at the table with the attorneys for the United States are Federal Bureau of Investigation agents Scott Stephan [and Steven Dunn]. Do any of you know Special Agents Stephan or Dunn, or anyone else who works for the FBI?

13. Do any of you know, or were you personally acquainted with, any other members of the panel before reporting for jury service? If so, please identify panel member(s) with whom you are acquainted and state the nature of the relationship.

14. Have you, any of your relatives, or your close friends ever been employed by the United States Department of Justice or any other federal agency? If so, please specify your relationship with that person and the nature of his or her employment.

15. Have you, any of your relatives, or your close friends ever been employed by any law enforcement agency, such as a police department or sheriff's department? If so, please specify your relationship with that person and the nature of his or her service.

16. Has any member of the jury panel ever been employed by the FBI? Please state what your position was and describe what your job duties involved.

17. Has any member of the jury panel ever been employed by the Grady Memorial Hospital Corporation, Grady Hospital, or the Fulton-Dekalb Hospital Authority? Please state what your position was and describe what your job duties involved.

**B. Financial Fraud**

18. This case alleges the following federal crimes: theft from Grady Hospital, an organization receiving federal funds, wire fraud, and bank fraud. Do any of you have any personal knowledge of the facts in this case or about the defendant, Donald Thomas, which has not come from what you have learned in court today? If so, please give details.

19. Have you, any of your relatives, or your close friends been involved with a law enforcement agency investigating or prosecuting any crimes involving fraud or embezzlement? Please explain.

20. Have you ever been employed by a hospital? Please identify the hospital and state what your position was and what your job duties involved.

21. Have you ever been employed by a bank or other financial institution? Please identify the company and state what your position was and what your job duties involved.

22. Have you ever worked in payroll, human resources, or the finance department of a business or other organization?

23. Do you have any knowledge of how ACH transactions, also known as direct deposit transactions, are transmitted?

24. Have you ever been employed in any capacity involving fraud detection or investigation? Please identify the company or entity by which you were employed and state what your position was and what your job duties involved.

25. Have you ever been employed as an auditor, or in any capacity by an auditing firm?

26. Have you ever participated in an internal investigation at a business, non-profit, or other organization?

27. Have you ever been the subject of an internal investigation at a business, non-profit, or other organization?

28. Have you ever, for any purpose, used a bank account number, Social Security number, name, date of birth, credit card, driver's license or any other personal identification or financial information belonging to another person without that person's permission?

## C. Experience With Criminal Justice System

29. Other than any crimes discussed in response to earlier questions, have you, any of your relatives, or your close friends ever been the victim of a crime?

   a.  What crime?

5

      b. When?

      c. Was the person prosecuted and convicted?

      d. Did you, your relative, or your close friend appear as a witness?

      e. Did you have any concerns about the outcome of the investigation and/or prosecution of the crime?

      f. Would anything about the way the investigation and/or prosecution was handled cause you any concerns about your ability to serve as a fair and impartial juror?

30. Other than any crimes discussed in response to earlier questions, have you, any of your relatives, or your close friends ever been the victim of identity theft?

31. Have you or any member of your family ever been charged with a non-traffic related violation of either the state or federal law? (Request sidebar if necessary).

      a. Please identify who was charged, the nature of the charges and the outcome of the case.

      b. Would that experience cause you to be biased against either the government or the defendant?

32. Have you ever posted bond or acted as a surety for someone who had been arrested or detained in a criminal case?

    a. Who was the person, and what was the crime or violation that was charged?

33. Have you, any of your relatives, or your close friends ever been investigated by a state or federal grand jury?

    a. Please identify who was investigated, the nature of the charges and the outcome of the matter.

    b. Would that experience cause you to be biased against either the government or the defendant?

34. Have you, any of your relatives, or your close friends ever had an unpleasant experience or dispute with the FBI?

    a. What was the experience or dispute?

    b. Was the situation resolved to your satisfaction?

    c. Would the experience cause you to be biased toward either the government or the defendant?

35. Have you, any of your relatives, or your close friends ever had an unpleasant experience or dispute with the Grady Memorial Hospital Corporation, Grady Hospital, or the Fulton-Dekalb Hospital Authority?

    a. What was the experience or dispute?

    b. Was the situation resolved to your satisfaction?

    c. Would the experience cause you to be biased toward either the government or the defendant?

36. Do any of you hold views regarding the FBI that might interfere with your ability to serve as an impartial juror in this case?

37. Do any of you hold views regarding the federal government that might interfere with your ability to serve as an impartial juror in this case?

38. Do any of you hold views regarding Grady Memorial Hospital Corporation, Grady Hospital, or the Fulton-Dekalb Hospital Authority that might interfere with your ability to serve as an impartial juror in this case?

39. Do any of you hold views regarding public hospitals that might interfere with your ability to serve as an impartial juror in this case?

40. Do any of you hold views regarding federal grants to state and local agencies and organizations that might interfere with your ability to serve as an impartial juror in this case?

41. Have you, any of your relatives, or close friends ever had an experience with any federal, state or local governmental agency that might interfere with your ability to serve as a fair and impartial juror?

42. Have you, any of your relatives, or your close friends ever had an unpleasant experience with the police or law enforcement that would cause you to be biased toward either the government or the defendant?

43. Have any of you or your close relatives ever had an experience in court or involving a lawyer which would cause you to be biased against either the government or the defendant?

44. Has anyone ever appeared in a trial as a witness?

    a.  What was the nature of the trial and the subject matter of your testimony?

45. Has anyone ever served on a grand jury?

    a.  Was it a state or federal grand jury?

    b.  When did you serve?

46. Have any of you ever served on a trial jury?

    a.  Was it a state or federal jury?

    b.  What type of case was it?

    c.  Was the jury able to reach a verdict?

    d.  When did you serve?

47. Has any one of you or any member of your immediate family ever received any legal training, practiced law, or worked in an attorney's office or other legal office?

    a.  If so, please outline who has the legal training, the type of training, the area of the law involved and the employers.

b. Specifically, if you or any member of your immediate family has ever worked for or been associated with any office specializing in criminal defense law, please provide details.

48. Does anyone hold any beliefs, religious or otherwise, which would prohibit or make it difficult for you to pass judgment over another person?

49. Do any of you have difficulty accepting the fact that sympathy or emotion for or against the defendant or the government should not influence your deliberations in any way?

50. Do any of you have any beliefs that would prevent you from being fair to either the defendant or the government?

51. At the close of the case, the judge will instruct you on the law you must apply to the facts of this case.

a. Do any of you believe you would be unwilling or unable to follow the judge's instructions on the law if the law was in conflict with your personal beliefs?

b. Do any of you feel that you would be hesitant to follow the judge's instructions if those instructions conflicted with your personal beliefs?

c. If you believed that the defendant was unfairly targeted by his employer or the government for any reason, would that affect your ability to follow the judge's instructions?

52. Does any member of the jury have any conditions, physical or otherwise, which would make it difficult for you to serve on a jury?

53. Is there any other reason whatsoever that you have not previously disclosed which would cause you to prefer not to sit as a juror in this case?

If the Court plans to inquire whether the members of the panel know any of the Government's witnesses, the Government requests that the Court require the Defendant to identify his witnesses and inquire whether the panel members know any of the defendant's witnesses.

Respectfully submitted,

SALLY QUILLIAN YATES
*United States Attorney*

/s/SHANYA J. DINGLE
*Assistant United States Attorney*
Georgia Bar No. 159277
shanya.dingle@usdoj.gov

/s/G. SCOTT HULSEY
*Assistant United States Attorney*
Georgia Bar No. 377480
scott.hulsey@usdoj.gov

*600 U.S. Courthouse   75 Spring Street SW   Atlanta, GA 30303*
*(404) 581-6000   fax (404) 581-6181*

**Certificate of Service**

I served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

November 30, 2014

/s/ SHANYA J. DINGLE

SHANYA J. DINGLE

*Assistant United States Attorney*