IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN OPEN COURT
U.S.D.C.

DEC 4 2014

JAMES N. HATTEN Clerk
By: Don Stalope Deputy Clerk

UNITED STATES OF AMERICA

*v.*

DONALD THOMAS

Criminal Action No.

1:13-CR-241-CAP

### Trial Stipulation

The United States of America, by Sally Quillian Yates, United States Attorney, and Shanya J. Dingle and G. Scott Hulsey, Assistant United States Attorneys for the Northern District of Georgia, and the Defendant, Donald Thomas, with his counsel, Janice Singer-Capek, stipulate and agree that Wachovia Bank, N.A., and its successor, Wells Fargo Bank, were federally insured by the Federal Deposit Insurance Corporation during all relevant dates in the Indictment. The jury may accept these facts as if proven.

SO STIPULATED, this 4th day of December, 2014.

Donald Thomas
*Defendant*

Janice Singer-Capek
*Counsel for Donald Thomas*

Shanya J. Dingle
*Assistant U.S. Attorney*

G. Scott Hulsey
*Assistant U.S. Attorney*